

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2020

No. 04-20-00510-CV

**IN RE** Maryvel **SUDAY**, Executor of the Estate of Olga Tamez de Suday,

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3625
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On October 16, 2020, 2020, relator filed a petition for writ of mandamus, which did not contain an appendix or mandamus record.

A "petition for writ of mandamus] must state concisely and without argument the facts pertinent to the issues or points presented. Every statement of fact in the petition must be supported by citation to competent evidence included in the appendix or record." TEX. R. APP. P. 52.3(g). The appendix must contain the following:

> (A) a certified or sworn copy of any order complained of, or any other document showing the matter complained of;

> (B) any order or opinion of the court of appeals, if the petition is filed in the Supreme Court;

> (C) unless voluminous or impracticable, the text of any rule, regulation, ordinance, statute, constitutional provision, or other law (excluding case law) on which the argument is based; . . ..

TEX. R. APP. P. 52.3(k)(1).

On October 23, 2020, relator filed a motion to extend time in which to file a mandamus record. Relator states she received an appendix on October 23, 2020 and she needs "time to review all the documents thoroughly again and once they have been approved by her . . . they will be properly filed."

Relator is ORDERED to file an appendix that complies with Rule 52.3 **no later than November 16, 2020**.  If relator fails to timely file her appendix, this original proceeding may be denied based on an insufficient record.

It is so **ORDERED** on October 30, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT